# In The United States Court of Federal Claims

Cover Sheet 07-320 C

Plaintiff(s) or Petitioner(s)
Brockington, et al.
Pursuant to RCFC 20(a), see attached for an alphabetized and numbered list of all plaintiffs
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Andres M. Grajales
Firm Name: American Federation of Gov't Employees
Post Office Box: ____
Street Address: 80 F. Street, N.W.
City-State-Zip: Washington, D.C. 20001
Telephone & Facsimile Numbers: (t) 202-639-6426/ (f) 202-639-6441

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ____

Agency Identification Code: N A V
See attached sheet for three-digit codes.

Amount Claimed: $100,000 (estimated)
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $____
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ____

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Cover Sheet Attachment

Pursuant to RCFC 20(a), the following are party plaintiffs in this action:

1. Horace L. Brockington
2. Mark A. Dorris
3. Mark Edward Duncan
4. Mark Hickman
5. Albert R. Klott
6. John L. Logan, III
7. Jonathon Francis Muth
8. Herbert T. Riggs, Jr.
9. Thomas E. Rill