IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HORACE L. BROCKINGTON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07-320C |
| | ) (Judge Williams) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Matthew H. Solomson, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12106
Washington, D.C. 20530
Phone: (202) 305-3274
Fax: (202) 514-8624
Email: Matthew.Solomson@usdoj.gov

Attention: Classification Unit
8th Floor

s/Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: June 5, 2007

CERTIFICATE OF FILING

I hereby certify that on this 5th day of June, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Matthew H. Solomson
MATTHEW H. SOLOMSON