# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Horace L. Brockington, and

Mark A. Dorris, and

Mark Edward Duncan, and

**Carol Jean Eberle**, and

Mark Hickman, and

Albert R. Klott, and

John L. Logan, III, and

**Charles Mason**, **Jr.**, and

Jonathon Francis Muth, and

Herbert T. Riggs, Jr., and

Thomas E. Rill,

Plaintiffs,

v.

The United States,

Defendant.

**Civil Action No.: 07-320C**
**Judge Williams**

## EXHIBIT 1 TO PLAINTIFFS' FIRST AMENDED COMPLAINT

This exhibit consists of consent forms from the above named plaintiffs Brockington, Dorris, Duncan, Hickman, Klott, Logan, Muth, Riggs, and Rill, wherein each of these plaintiffs consents to be a party plaintiff in this action. These consent forms are attached hereto, and consist of 27 pages.

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

**Please Print**

I Horace L. Brockington hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

BROCKINGTON, HORACE L

**Please Print -** Last Name/ First Name/ Middle Initial

Horace L. Brockington

Signature (**Use Blue Ink**)

16 April 07

Date

**Please Print the Following:**

3021 ROANOKE AVE

NEW BERN N.C. 28562

Home Address

| | | |
|---|---|---|
| 252 636-2342 | 252 464-7086 | 252 626 3620 |
| Home Phone | Work Phone | Cell Phone |

Email Address

FRCE / SECURITY

Employer and Department

Department of the Navy, Fleet Readiness Center East
PSC Box 8021, Cherry point N.C. 28533-0021
Employer's Address

Security Guard Supervisor / GS-0085-07
Current Job Title and Series

GS-7 / 1
Grade and Step

I was a bargaining unit member when this case was filed.

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

**Please Print**

I MARK A. Dolais hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

DORRIS, MARK A.
**Please Print -** Last Name/ First Name/ Middle Initial

Mark A Dorris
Signature **(<u>Use Blue Ink</u>)**

15 APRIL 2007
Date

**Please Print the Following:**

1171 BELGRADE SWANSBORO RD.
HUBERT, NC 28539-4005
Home Address

| | | |
|---|---|---|
| 910-326-1882 | 252-464-7086 | 910-340-0150 |
| Home Phone | Work Phone | Cell Phone |

jddorris@ec.rr.com
Email Address

FRC EAST / SECURITY
Employer and Department

Department of the Navy, Fleet Readiness Center East
PSC Box 8021, Cherry point N.C. 28533-0021
Employer's Address

Security Guard GS-0085-04
Current Job Title and Series

GS-4/10
Grade and Step

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

## Please Print

I Mark Edward Duncan hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

Duncan, Mark E.
**Please Print** - Last Name/ First Name/ Middle Initial

[signature]
Signature (**Use Blue Ink**)

15 Apr 07
Date

**Please Print the Following:**

219 Forest Hill Dr.
Havelock, NC. 28532
Home Address

| | | |
|---|---|---|
| 252-463-0618 | 252-464-7999 | 252-626-4424 |
| Home Phone | Work Phone | Cell Phone |

meDunk@MSN.com
Email Address

FRC East / Security
Employer and Department

Department of the Navy, Fleet Readiness Center East,
PSC Box 8021, Cherry Point, N 28533-0021
Employer's Address

Security Guard / GS-0085-05
Current Job Title and Series

GS-5 / 3
Grade and Step

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

## Please Print

I MARK HICKMAN hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

HICKMAN/MARK/ —
**Please Print -** Last Name/ First Name/ Middle Initial

Mark Hick
Signature (**Use Blue Ink**)

29 APR 07
Date

**Please Print the Following:**

335 PARKERTOWN RD
HUBERT, NC 28539
Home Address

910 326 1919
Home Phone

NONE
Work Phone

910 382 7612
Cell Phone

MMHICKMAN@EC.RR.COM
Email Address

FLEET READINESS CENTER EAST / SECURITY DIV
Employer and Department

Department of The Navy, Fleet Readiness Center East
PSC, Box 8021 Cherry Point N.C 28533
Employer's Address

GS-0085-05
Current Job Title and Series

GS-5/3
Grade and Step

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

## Please Print

I Albert F Klott hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.