I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

KLOTT ALBERT F

**Please Print -** Last Name/ First Name/ Middle Initial

[signature]

Signature (**Use Blue Ink**)

16 April 2007

Date

**Please Print the Following:**

133 MANN BLVD

NEWPORT, N.C. 28570

Home Address

252 223 3933

Home Phone

252-464-7999

Work Phone

N/A

Cell Phone

~~[illegible]~~ NONE

Email Address

FRCE / Security

Employer and Department

Department of the Navy, Fleet Readiness Center East
PSC Box 8021, Cherry Point N.C. 28533-0021
Employer's Address

GS-0085-07 Security Guard Supervisor
Current Job Title and Series

GS-7-4
Grade and Step

I was a Union member when this case was filed.

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

**Please Print**

I John L Logan III hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

LOGAN JOHN L
**Please Print -** Last Name/ First Name/ Middle Initial

[signature]
Signature (**Use Blue Ink**)

15 APRIL 07
Date

**Please Print the Following:**

128 SOUTH FOREST DRIVE
HAVELOCK NC 28532
Home Address

(252) 447-9738
Home Phone

(252) 464-7999
Work Phone

N/A
Cell Phone

John.logan@navy.mil
Email Address

FRC EAST / SECURITY
Employer and Department

Department of the Navy, Fleet Readiness Center East
PSC Box 8021, Cherrypoint N.C. 28533-0021
Employer's Address

Security Guard GS-0085-04
Current Job Title and Series

GS-4/8
Grade and Step

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

## Please Print

I JONATHAN FRANCIS MUTH hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

MUTH/JONATHAN/F.
**Please Print -** Last Name/ First Name/ Middle Initial

Jonathan F. Muth
Signature (**Use Blue Ink**)

APRIL 15, 2007
Date

**Please Print the Following:**

111 SCOTT STREET
NEWPORT, NC 28570
Home Address

252-223-5783
Home Phone

252 4647999
Work Phone

N/A
Cell Phone

AUNTMO@STARFISHNET.COM
Email Address

FRC EAST/SECURITY
Employer and Department

DEPARTMENT OF THE NAVY, FLEET READINESS CENTER EAST,

PSC BOX 8021, CHERRY POINT, NC 28533-0021
Employer's Address

SECURITY GUARD GS-0085-05
Current Job Title and Series

GS-5 / 6
Grade and Step

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

## Please Print

I Herbert Theodore Riggs Jr hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

Riggs Herbert T.
**Please Print -** Last Name/ First Name/ Middle Initial

[signature]
Signature **(Use Blue Ink)**

15 April 2007
Date

**Please Print the Following:**

102 Yew CT
Hubert N.C. 28539
Home Address

(910) 526-3166 Home Phone | (252) 464-7999 Work Phone | (910) 526-3166 Cell Phone

tedr@afgelocal2065.org
Email Address

FRC EAST / Security
Employer and Department

Department of the Navy, Fleet Readiness Center East
PSC Box 8021, Cherry point N.C. 28533-0021
Employer's Address

GS-0085-05
Current Job Title and Series

GS-5/4
Grade and Step

RECEIVED
GENERAL COUNSEL

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

**Please Print**

I Thomas E Rill hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States Department of the Navy (Navy) regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* (FLSA) and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office (AFGE-GCO) the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

Thomas Emanuel Rill
**Please Print -** Last Name/ First Name/ Middle Initial

[signature]
Signature (**Use Blue Ink**)

16 April 2007
Date

**Please Print the Following:**

890 Hibbs Rd Newport NC 28570
Home Address

252 726 1632
Home Phone

—
Work Phone

252 659 2851
Cell Phone

Email Address

FRC East / Security
Employer and Department

GS-5 Security Guard (Medically Retired)
Current Job Title and Series GS-0085-05

GS-5 step 4
Grade and Step

I was a member of the Bargaining Unit when case was filed.