**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Horace L. Brockington, and<br>Mark A. Dorris, and<br>Mark Edward Duncan, and<br>**Carol Jean Eberle**, and<br>Mark Hickman, and<br>Albert R. Klott, and<br>John L. Logan, III, and<br>**Charles Mason, Jr.**, and<br>Jonathon Francis Muth, and<br>Herbert T. Riggs, Jr., and<br>Thomas E. Rill,<br>Plaintiffs,<br>v.<br>The United States,<br>Defendant. | **Civil Action No.: 07-320C**<br>**Judge Williams** |

**EXHIBIT 2 TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

This exhibit consists of consent forms from above named plaintiffs Eberle and Mason, wherein each of these two plaintiffs consents to be a party plaintiff in this action. These two consent forms are attached hereto, and consist of 6 pages.

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

**Please Print**

I Carol Jean Eberle hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States of America, Department of the Navy ("the Navy"), regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* ("the FLSA") and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office ("AFGE-GCO") the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

Eberle, Carol J.
**Please Print -** Last Name/ First Name/ Middle Initial

Carol J. Eberle
Signature **(Use Blue Ink)**

12 July 2007
Date

**Please Print the Following:**

~~Carol J.~~ 106 Daniels Court
Havelock, NC 28532
Home Address

252-447-6389 Home Phone | 252-464-7999 Work Phone | 252-342-1174 Cell Phone

(work) carol.eberle@navy.mil (home) jeanniee@hotmail.com
Email Address

FRC-East Security
Employer and Department

FRC- East
Cherry Point, NC 28533
Employer's Address

Security Guard
Current Job Title and Series

GS-5 step 9
Grade and Step

# CONSENT AND LEGAL RIGHTS FUND AGREEMENT

**Please Print**

I Charles Mason hereby consent to become a party plaintiff in a lawsuit to be filed by the American Federation of Government Employees, AFL-CIO (AFGE) that will be brought against the United States of America, Department of the Navy ("the Navy"), regarding rights I may have under the Fair Labor Standards Act, 29 U.S.C. § 201, et *seq.* ("the FLSA") and any other applicable statutes. The claims in this suit include the Navy's failure to properly compensate Navy staff, such as myself, for work performed prior to the official start of their shifts and during their lunch breaks.

I hereby grant the American Federation of Government Employees, General Counsel's Office ("AFGE-GCO") the authority and power to act on my behalf in all matters related to the above lawsuit. I also grant AFGE-GCO the authority and power to seek all appropriate relief, to seek attorney fees from the Navy if appropriate, and to settle this case on my behalf. I understand and agree that any attorney fees paid by the Navy as a result of this lawsuit shall be deposited, in their entirety, into the American Federation of Government Employees' Legal Representation Fund. Further, I agree to accept the legal services provided by AFGE-GCO and any attorney or law firm acting at the behest of AFGE-GCO.

I understand that it is my responsibility to, and I shall, keep AFGE-GCO informed of my current contact information (as provided below), including my address, telephone number, and email address. I further consent to receive service of all correspondence related to this case via electronic mail.

I understand that my failure to promptly notify AFGE-GCO of any changes in my contact information (including my address, telephone number, and email address) or to promptly respond to such other requests for information from AFGE-GCO as may arise in this case shall relieve AFGE and AFGE-GCO of any obligation to continue to represent me in this case and of any liability resulting therefrom.

MASON JR CHARLES

**Please Print -** Last Name/ First Name/ Middle Initial

Charles Mason Jr

Signature (**Use Blue Ink**)

30 July 07

Date

**Please Print the Following:**

321 NEUCHATEL Rd

NEW BERN, NC 28562

Home Address

(252) 5142286

Home Phone

(252) 9647086

Work Phone

(252) 6759583

Cell Phone

IVANM39@YAhoo.Com

Email Address

FRCE, Security Div

Employer and Department

FLEET READINESS CENTER EAST

PSC Box 8021, Cherry Point, NC 28533

Employer's Address

Security Guard 0085

Current Job Title and Series

GS-5-STEP 7

Grade and Step