**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HORACE L. BROCKINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-320C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR STAY OF PROCEEDINGS**

Defendant respectfully moves this Court for a stay of proceedings for the purpose of pursuing settlement negotiations. Plaintiffs consent to this motion. Defendant's answer is currently due on or before September 17, 2007.

At this time, it is unclear what duration of a stay the parties will require for such negotiations. Accordingly, the parties propose to file a joint status report on Monday, October 22, 2007 to update the Court on settlement progress. Staying this litigation to give the parties an opportunity to resolve this matter without further briefing and formal discovery will conserve the parties' and this Court's resources and, pursuant to Rule 1 of this Court, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion to stay this case, pending the outcome of settlement negotiations, and to order that a joint status report be filed on October 22, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes by s/ K. Dintzer
TODD M. HUGHES
Deputy Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274
Fax: (202) 514-8624

September 7, 2007 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of September 2007, I caused to be filed electronically the foregoing DEFENDANT'S CONSENT MOTION FOR STAY OF PROCEEDINGS with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON