# In the United States Court of Federal Claims

**No. 07-320C**
**(Filed: September 12, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**HORACE L. BROCKINGTON, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER STAYING PROCEEDINGS**

On September 7, 2007, Defendant filed a motion requesting that the Court stay further proceedings in this matter while the parties pursue settlement negotiations. Plaintiff consented to the motion. This motion is **GRANTED.** The Court hereby stays further proceedings in this action. The parties shall file a Joint Status Report on **October 22, 2007**, and every 90 days thereafter reporting on the progress of the settlement negotiations.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**