**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HORACE L. BROCKINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-320C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to the Court's September 12, 2007 Order granting the Government's September 7, 2007 Consent Motion for Stay of Proceedings.

The parties have conferred and wish for the Court to continue the stay of proceedings in this matter. The parties wish to continue to pursue the full or partial settlement of this matter. In this regard, the parties have begun informal discovery which they believe may lead to full or partial settlement of this matter. More specifically, the Government has provided Plaintiffs with documents pertaining to the overtime claims raised by Plaintiffs in this matter. Plaintiffs' counsel has begun to review these documents but, because of their volume and because Plaintiffs' counsel recently returned from paternity leave, Plaintiffs' counsel requires additional time to fully analyze these documents. The parties currently have no outstanding issues pertaining to these documents.

If issues arise that may require the Court's involvement or if the parties wish for the Court to lift the stay of proceedings in this matter, the parties shall so advise the Court through a subsequent joint status report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes by s/ M. Hockey
TODD M. HUGHES
Deputy Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274
Fax: (202) 514-8624

Counsel for Defendant

MARK D. ROTH
General Counsel

CHARLES A. HOBBIE
Deputy General Counsel

Of Counsel

s/ Andres M. Grajales
ANDRES M. GRAJALES
Staff Counsel, AFGE
Office of the General Counsel
10th Floor
80 F. Street, N.W.
Washington, D.C. 20001
(202) 639-6426 (tel.)
(202) 639-6441 (fax)

Counsel for Plaintiffs

January 22, 2008